

**U.S. Department of Justice**

Federal Bureau of Prisons

*Federal Correctional Complex Hazelton*

---

*Office of the Warden*

*Post Office Box 460*
*Bruceton Mills, West Virginia 26525*

March 5, 2020

Felicia C. Cannon, Clerk of Court
United States District Court
District of Maryland
4228 United States Courthouse
101 West Lombard Street
Baltimore, Maryland 21201

ATTN: Bonnie Jacobs, Administrative Assistant

Dear Ms. Cannon:

This is in response to your correspondence dated March 2, 2020, addressed to Warden, FCI Hazelton. Your letter is in reference to Stevenson, Ronald, register number 64503-037, an inmate currently confined at Federal Correctional Institution Hazelton, Bruceton Mills, West Virginia.

Accordingly, this response is being provided to confirm the materials have been delivered to Mr. Stevenson's Unit Team to ensure proper review by Mr. Stevenson.

I trust this information will assist you. In the event you have further questions or concerns, please feel free to contact me.

Sincerely,

P. Adams,
Warden