I'm writing this brief notation to your office to see if I could get an attorney to represent me by fileing a motion for reduction of sentence 3582(c)(1)(A) for crack 280 grams or more this is my case # CCB-19-036

THANK you

Ronald Stevenson

FILED ___ ENTERED ___
LOGGED ___ RECEIVED ___
JAN 26 2022
AT BALTIMORE
CLERK, U.S DISTRICT COURT
DISTRICT OF MARYLAND
BY ___ DEPUTY

I've been recommended by Mr. Sean McKee