IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| v. | * | CRIM. NO. JKB-19-0036 |
| RONALD STEVENSON, | * | |
| Defendant. | * | |

\* \* \* \* \* \* \* \* \* \* \* \*

## MEMORANDUM AND ORDER

Pending before the Court is Ronald Stevenson's Motion to Appoint Counsel. (ECF No. 1085.) No hearing is necessary. *See* Local Rules 105.6 (D. Md. 2021). For the reasons set forth below, Stevenson's Motion will be denied without prejudice.

Stevenson seeks representation with respect to filing a motion for compassionate release. (*See* ECF No. 1085 (seeking appointment of counsel with respect to "a motion for reduction of sentence 3582(c)(1)(A)").) There is no right to appointed counsel in post-conviction proceedings. *Pennsylvania v. Finley*, 481 U.S. 551, 555 (1987) ("The right to appointed counsel extends to the first appeal of right, and no further."). However, the Court has discretion to appoint counsel for purposes of a motion for compassionate release if the interests of justice so require. *See, e.g.*, *United States v. Wylie*, Crim. No. KDB-18-0054, 2021 WL 5406880, at *1 (W.D.N.C. Nov. 18, 2021). However, at this time, Stevenson has not provided any information showing that his particular circumstances merit the appointment of counsel, such as a description of the reasons for which he seeks compassionate release or any information regarding why such claim might be meritorious.

Accordingly, it is ORDERED that Stevenson's Motion to Appoint Counsel (ECF No. 1085) is DENIED WITHOUT PREJUDICE.

Dated this 30 day of January, 2023.

FOR THE COURT:

James K. Bredar
Chief Judge