IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| v. | * | |
| RONALD STEVENSON, | * | CRIM. NO. JKB-19-0036 |
| Defendant. | * | |

\* \* \* \* \* \* \* \* \* \* \* \*

**MEMORANDUM AND ORDER**

Pending before the Court is Ronald Stevenson's Motion for Non-Binding Judicial Recommendation Pursuant to 18 U.S.C. § 3621(b). (ECF No. 1498.) Stevenson seeks a recommendation by this Court for up to 12 months in residential reentry center ("RRC") placement. (ECF No. 1498.) The Motion will be denied.

"Pursuant to 18 U.S.C. § 3621(b)(4)(B), the district court that imposed a prisoner's sentence may issue a non-binding, strictly advisory recommendation that the prisoner be placed in an RRC for the final 12 months of their sentence." *United States v. Bryant*, Crim. No. 04-00047-01, 2022 WL 1094731, at *5 (W.D. Va. Apr. 12, 2022). While the court can issue such a recommendation, "the ultimate decision whether to place a prisoner in an RRC is up to [the Bureau of Prisons ('BOP')]." *Id.* The Court does not believe that it is currently in a position to issue such a recommendation, given that it does not have sufficient relevant information regarding Stevenson and whether RRC placement is appropriate at this time. Any decision regarding Stevenson's placement is best made by the BOP, which is in possession of the most current information about Stevenson.

Accordingly, it is ORDERED that Stevenson's Motion (ECF No. 1498) is DENIED.

DATED this **17** day of September, 2024.

BY THE COURT:

*/s/ James K. Bredar*
James K. Bredar
United States District Judge
